**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RANDALL V. JENSEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIV-16-20-R |
| SHERIDAN PRODUCTION COMPANY, LLC., a foreign limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On March 31, 2016, Plaintiff filed a Motion to Remand (Doc. No. 8), to which Defendant filed a response. On April 11, 2016 Plaintiff filed a "Notice" indicating therein that he no longer takes issue with the existence of diversity jurisdiction in light of Defendant's production of evidence to support the contention that its members, traced back as far as possible, are diverse from Plaintiff. Having reviewed the Defendant's submissions, the Court agrees that Defendant has established the existence of diversity for purposes of properly effecting removal of this action. Accordingly, Plaintiff's Motion to Remand is hereby DENIED.

IT IS SO ORDERED this 13th day of April, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE